Dismissed and Memorandum Opinion filed July 24, 2008








Dismissed
and Memorandum Opinion filed July 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00262-CV

____________

 

IN THE INTEREST OF E.M.J. and B.M.J., children

 

 



 

On Appeal from the
309th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-17279

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 18, 2008.  On July 11, 2009, appellant
filed a motion to dismiss the appeal based upon the ruling on appellant=s post-trial motions.   See Tex. R. App. P. 42.1.  The motion to
dismiss the appeal is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
24, 2008.

Panel consists of Chief Justice Hedges and Justices
Fowler and Boyce.